# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS RUDI AND MARGARET RUDI<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY CO.<br><br>Defendant. | 2:11-cv-04362-WY |

# ORDER

**AND NOW**, this 27 day of November, 2013, it is **HEREBY ORDERED** that:

1. Upon consideration of State Farm's motion for summary judgment (Doc. 21), the Rudis' response, and State Farm's reply, State Farm's motion for summary judgment is **GRANTED**.

2. Judgment is entered in favor of the defendant State Farm Fire & Casualty Co. and against the plaintiffs Francis and Margaret Rudi.

3. This case shall be marked **CLOSED** for statistical purposes.

                                           /s William H. Yohn Jr.
                                           William H. Yohn Jr., Judge.