# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS RUDI AND MARGARET RUDI<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY CO.<br><br>Defendant. | 2:11-cv-04362-WY |

## ORDER

YOHN, J.                                                                                                         January ___, 2014

**AND NOW**, this ____ day of January, 2014, it is **HEREBY ORDERED** that, upon consideration of plaintiffs' motion for reconsideration of the order of November 27, 2013 (Doc. 26), and defendant's response thereto, plaintiffs' motion for reconsideration is **DENIED**.

                                                     s/ William H. Yohn Jr.
                                                     William H. Yohn Jr., Judge.